UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

DONALD BACHAND,
    Plaintiff

V.

SAM & BEN FISHERIES, INC.,
    Defendant

Civil Action

No. _____

**04-12221 PBS**

### SEAMAN'S AFFIDAVIT

I, CAROLYN M. LATTI, attorney for the Plaintiff in the above-entitled action, do on oath depose and say as follows:

1. The Plaintiff, DONALD BACHAND, in the above entitled action was a seaman and claims the benefits of the United States Code, Title 28, Section 1916, which provides that:

"In all courts of the United States, seamen may institute and prosecute suits and appeals in their own names and for their own benefit for wages or salvage or the enforcement of laws enacted for their health or safety without prepaying fees or costs or furnishing security therefor"

Carolyn M. Latti
BBO 567394
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

Dated: 10-21-04

COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.

Subscribed and sworn to before me this ___ day of October, 2004

_____ My commission expires 9-22-06
Notary Public

[Notary seal: DONNA M. TEMPESTA, Notary Public, Commonwealth of Massachusetts, My Commission Expires Sep 22, 2006]