# United States District Court

_____ DISTRICT OF _____
MASSACHUSETTS

DONALD BACHAND

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

SAM & BEN FISHERIES, INC.

**04-12221 PBS**

TO: (Name and address of defendant)
SAM & BEN FISHERIES, INC.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

CAROLYN M. LATTI
LATTI & ANDERSON LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

an answer to the complaint which is herewith served upon you, within ___twenty___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK

DATE   10-21-04

(BY) DEPUTY CLERK

**Barnstable County Sheriff's Office**

I hereby certify and return that on **November 04, 2004 at 2:00 PM** I served a true and attested copy of Summons & Complaint, in hand to Theresa Palumbo, agent able to accept civil process for the within named Defendant, Sam & Ben Fisheries, Inc., at the last and usual business address to wit: 4 Popes Meadow, Sandwich, MA 02563.

Fee:     $46.40

Jon M. Hunt, Deputy Sheriff
PO Box 661, W. Hyannis Port, MA 02672

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                                    Signature of Server

                                                            _____
                                                            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.