# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD BACHAND, )<br> )<br>Plaintiff )<br> )<br>vs. )<br> )<br>SAM & BEN FISHERIES, INC., )<br> )<br>Defendant ) | Civil Action<br>Case No. 04-cv-12221 PBS |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

### RULE 7.1, F.R.Civ.P.

NOW COMES Defendant Sam & Ben Fisheries, Inc., by and through its counsel, Tompkins, Clough, Hirshon & Langer, P.A., and pursuant to Rule 7.1, F.R.Civ.P., states that it is not owned by any other entity, and does not issue shares to the public.

DATED at Portland, Maine, this 22nd day of November, 2004.

_____
Leonard W. Langer

_____
Marshall J. Tinkle          BBN: 565513

Counsel for Defendant
Sam & Ben Fisheries, Inc.

Tompkins, Clough, Hirshon & Langer, P.A.
Three Canal Plaza
P.O. Box 15060
Portland, Maine 04112
207-874-6700

## CERTIFICATE OF SERVICE

I, Leonard W. Langer hereby certify that on November 22, 2004, I caused a copy of the within Defendant's Corporate Disclosure Statement to be sent by First Class Mail, postage prepaid to Carolyn M. Latti, Esq., Latti & Anderson LLP, 30-31 Union Wharf, Boston, MA 02109-1202, counsel for Plaintiff.

_____
Leonard W. Langer

Sam & Ben/Bachand/Corp Discl. Statement

2