# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

DONALD BACHAND,                    )
                                   )
                    Plaintiff      )    Civil Action
                                   )    Case No. 04-cv-12221 PBS
            vs.                    )
                                   )
SAM & BEN FISHERIES, INC.,         )
                                   )
                    Defendant      )

## DEFENDANT'S MOTION FOR ADMISSION OF
## LEONARD W. LANGER, ESQ., *PRO HAC VICE*

NOW COMES Defendant, Sam & Ben Fisheries, Inc., by and through its counsel, and respectfully moves this Honorable Court for entry of an Order admitting Leonard W. Langer, Esq. to practice before this Court *Pro Hac Vice* in all matters relating to the action styled <u>Donald Bachand v. Sam & Ben Fisheries, Inc.</u>, docket no. 04-cv-12221 PBS. In support of its Motion, Defendant submits the Affidavit of Leonard W. Langer, Esq., in accordance with Local Rule 83.5.3(b).

Mr. Langer is an attorney at law presently admitted to practice and in good standing before the courts of the State of Maine, the United States District Court for the District of Maine, and the United States Court of Appeals for the First and Third Circuits. There are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction. He is fully familiar with the facts and proceedings in this matter. He is of sound moral character and is fit to practice law before this Court, and is familiar with the rules of the United States

District Court for the District of Massachusetts. Accordingly, Defendant, by its counsel, respectfully requests that this Motion for Admission *Pro Hac Vice* be granted.

Dated: November 22, 2004.

SAM & BEN FISHERIES, INC.

By its Counsel:

Marshall J. Tinkle, Esq.
BBO #565513

Tompkins, Clough, Hirshon & Langer. P.A.
Three Canal Plaza
P.O. Box 15060
Portland, ME 04112-5060
(207)874-6700

## CERTIFICATE OF SERVICE

I, Marshall J. Tinkle hereby certify that on November 22, 2004, I caused a copy of the within DEFENDANT'S MOTION FOR ADMISSION OF LEONARD W. LANGER, ESQ., *PRO HAC VICE* to be mailed by First Class Mail, postage prepaid, to Caroline Latti, Esq., Latti & Anderson LLP, 30-31 Union Wharf, Boston, MA 02109-1202, counsel for Plaintiff.

Marshall J. Tinkle

Sam & Ben/Bachand/Mot Adm. Pro Hac Vice