# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

2004 NOV 23  A 11: 17

| | |
|---|---|
| DONALD BACHAND, | ) |
| | ) Civil Action |
| Plaintiff | ) Case No. 04-cv-12221 PBS |
| | ) |
| vs. | ) |
| | ) |
| SAM & BEN FISHERIES, INC., | ) |
| | ) |
| Defendant | ) |

## AFFIDAVIT OF LEONARD W. LANGER IN SUPPORT OF DEFENDANT'S MOTION FOR ADMISSION PRO HAC VICE

Leonard W. Langer, first being duly sworn, deposes and says under penalties of perjury:

1. My name is Leonard W. Langer, and I am an attorney-at-law duly admitted to practice, and in good standing, in all of the courts in the State of Maine, the United States District Court for the District of Maine, and the United States Court of Appeals for the First Circuit.

2. I was admitted to practice by the Supreme Judicial Court of the State of Maine on September 27, 1979. I was admitted to practice before the United States District Court for the District of Maine in October, 1979, before the United States Court of Appeals for the First Circuit on December 9, 1987 and before the United States Court of Appeals for the Third Circuit on March 24, 2003.

3. I am a member in good standing in every jurisdiction in which I have been admitted to practice, and there are no disciplinary actions pending against me in any jurisdiction.

4. I am currently a shareholder in the law firm of Tompkins, Clough, Hirshon & Langer, P.A., Three Canal Plaza, P.O. Box 15060, Portland, Maine, 04112-5060, 207-874-6700, and have practiced with the firm since its inception in September, 1994. Prior to that time, I was a partner in the law firm of Thompson, McNaboe, Ashley & Bull, 85 Exchange Street, Portland, Maine. Prior to my association with the latter firm, I was a law clerk for the Maine Supreme Judicial Court during the period from June, 1978 through June, 1979.

5. Upon information and belief, neither I, nor any member of the firm of Tompkins, Clough, Hirshon & Langer, P.A., have been denied admission or been disciplined in accordance with the rules of this Court or any other Court.

6. I have been requested by Defendant Sam & Ben Fisheries, Inc. to appear as its counsel in this action with regard to the claims of Donald Bachand.

7. I have previously been admitted to practice *pro hac vice* in the Superior Court of the Commonwealth of Massachusetts, as well as in the United States District Court for the Districts of Massachusetts, New Hampshire, Rhode Island, Vermont, Connecticut, Mississippi, the Western District of Missouri, and the Southern District of New York.

8. I am making this Affidavit in support of Marshall J. Tinkle, Esq.'s Motion to Admit me *Pro Hac Vice* before the United States District Court for the District of Massachusetts in the above captioned matter.

9. I am familiar with the rules and procedures of the United States District Court for the District of Massachusetts.

DATED:    November 22, 2004

_____
Leonard W. Langer, Esq.


STATE OF MAINE
CUMBERLAND, ss.                                November 22, 2004.

    Personally appeared the above-named Leonard W. Langer and swore that the foregoing Affidavit is true.

Before me,

_____ Karen Belton
Notary Public, State of Maine
My commission expires 08/26/06


## CERTIFICATE OF SERVICE

    I, Leonard W. Langer hereby certify that on November 22, 2004, I caused a copy of the within AFFIDAVIT OF LEONARD W. LANGER, ESQ., to be mailed by First Class Mail, postage prepaid, to Carolyn Latti, Esq., Latti & Anderson LLP, 30-31 Union Wharf, Boston, MA 02109-1202, counsel for Plaintiff.

_____
Leonard W. Langer

Sam & Ben/Bachand/LWL Aff'd. Pro Hac Vice