UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DONALD BACHAND,           )
                          )   Civil Action
            Plaintiff     )   Case No. 04-cv-12221 PBS
                          )
     vs.                  )
                          )
SAM & BEN FISHERIES, INC.,)
                          )
            Defendant     )

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The undersigned hereby certify to the Court that they have conferred with regards to establishing a budget for the cost of conducting the litigation and the possible use of the District Court's Alternative Dispute Resolution programs.

The undersigned have also conferred with regard to the question of settlement.

DATED at Portland, Maine, this 8th day of December, 2004.

_____
Leonard W. Langer, Esq.

_____
Marshall J. Tinkle, Esq.
Bar No. 565513

Counsel for Defendant
Sam & Ben Fisheries, Inc.

Tompkins, Clough, Hirshon
   & Langer, P. A.
Three Canal Plaza
P. O. Box 15060
Portland, ME  04112-5060
207-874-6700

*[signature]*
Amy Sanborn
Senior Marine Claims Representative
Acadia Insurance Company

(responsible for handling the claims asserted by Plaintiff herein)

CERTIFICATE OF SERVICE

I, Leonard W. Langer, Esq., hereby certify that on December 8, 2004, I caused a true copy of the within Certificate of Compliance to be mailed by First Class Mail, postage prepaid to Carolyn Latti, Esq., Latti & Anderson LLP, 30-31 Union Wharf, Boston, MA 02109-1202, counsel for Plaintiff.

*[signature]*
Leonard W. Langer, Esq.

Acadia/Bachand/Certificate of Compliance