UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

DONALD BACHAND,
    Plaintiff

V.

SAM & BEN FISHERIES, INC.,
    Defendant

Civil Action

No. 04-12221-PBS

## AFFIDAVIT

I, DONALD BACHAND, hereby depose and state as follows:

1. I have discussed with my attorneys the probable budget for the costs of conducting the full course - and various alternative courses - of the litigation.

2. I have discussed with my attorneys potential resolution of the litigation through the use of alternative dispute resolution programs.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 4TH DAY OF January, 2005.

_____
DONALD BACHAND

Respectfully submitted for the
Plaintiff, DONALD BACHAND,
by his attorneys,

_____
Carolyn M. Latti, BBO #567394
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

DATED: 1-6-05

CERTIFICATE OF SERVICE
I Hereby certify that a true copy of the foregoing document was served on the attorney of record for each party named in this action by mail, postage prepaid on ___