UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Donald Bachand
Plaintiff,

        V.        Civil Action Number
        04-12221-PBS

Sam & Ben Fisheries, Inc.
Defendant.        January 10, 2005

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 3/31/05

Final Pretrial Conference: 5/10/05 at 4:00 p.m.

Jury Trial: 5/16/05 at 9:00 a.m.

Case to be referred to Mediation program: A.S.A.P.

        By the Court,

        /s/ Robert C. Alba
        Deputy Clerk