

# LATTI & ANDERSON LLP

*Counsellors At Law and Proctors In Admiralty*

30-31 Union Wharf, Boston, Massachusetts 02109  (617) 523-1000
Portland, ME  (207) 874-6464
Facsimile  (617) 523-7394

DAVID F. ANDERSON**
CAROLYN M. LATTI*
DAVID J. BERG***

———
OF COUNSEL
MICHAEL B. LATTI

WITH OFFICES AT
46 Union Street, New Bedford, MA 02740  (508) 999-1029
35 Main Street, Gloucester, MA 01930  (978) 281-0605

*ALSO ADMITTED IN ME
**ALSO ADMITTED IN NH & ME
***ALSO ADMITTED IN NH, ME & NY

January 28, 2005

<u>VIA FAX AND MAIL - 207-874-6705</u>
Mr. Leonard W. Langer, Esq.
Tompkins, Clough, Hirshon & Langer P.A.
Three Canal Plaza
P.O. Box 15060
Portland, ME 04112-5060

Re: Donald Bachand vs: Sam & Ben Fisheries, Inc.



Dear Mr. Langer:

I have received Defendants answers to Interrogatories.

Plaintiff request supplementation to Interrogatory #14-22 in that you answer the questions and waive your objection. *See* <u>Myers v. United States Paint, Co., Div. of Grow Group, Inc.,</u> 116 F.R.D. 165 (D.Mass. 1987).

Consider this a request for a conference pursuant to Local Rule 37.1. If I do not hear from you pursuant to the Rule, I intend to file a motion with the Court seeking costs.

Very truly yours,
LATTI & ANDERSON LLP

Carolyn M. Latti

```
            ***********************
            ***   TX REPORT     ***
            ***********************

       TRANSMISSION OK

       TX/RX NO                     0499
       CONNECTION TEL                              12078746705
       SUBADDRESS
       CONNECTION ID                LEN LANGER
       ST. TIME                     01/28 17:48
       USAGE T                      00'16
       PGS. SENT                        1
       RESULT                          OK
```

# LATTI & ANDERSON LLP

*Counsellors At Law and Proctors In Admiralty*

30-31 Union Wharf, Boston, Massachusetts 02109  (617) 523-1000
                                 Portland, ME     (207) 874-6464
                                 Facsimile        (617) 523-7394

DAVID F. ANDERSON**
CAROLYN M. LATTI*
DAVID J. BERG***

OF COUNSEL
MICHAEL B. LATTI

WITH OFFICES AT
46 Union Street, New Bedford, MA 02740 (508) 999-1029
35 Main Street, Gloucester, MA 01930 (978) 281-0605

*ALSO ADMITTED IN ME
**ALSO ADMITTED IN NH & ME
***ALSO ADMITTED IN NH, ME & NY

January 28, 2005

<u>VIA FAX AND MAIL - 207-874-6705</u>
Mr. Leonard W. Langer, Esq.
Tompkins, Clough, Hirshon & Langer P.A.
Three Canal Plaza
P.O. Box 15060
Portland, ME 04112-5060

Re: Donald Bachand vs: Sam & Ben Fisheries, Inc.

Dear Mr. Langer:

I have received Defendants answers to Interrogatories.

Plaintiff request supplementation to Interrogatory #14-22 in that you answer the questions and waive your objection. *See* <u>Myers v. United States Paint, Co., Div. of Grow Group, Inc.</u>, 116 F.R.D. 165 (D.Mass. 1987).

Consider this a request for a conference pursuant to Local Rule 37.1. If I do not hear from you pursuant to the Rule, I intend to file a motion with the Court seeking costs.