

**PLAINTIFF'S EXHIBIT C**

# LATTI & ANDERSON LLP

*Counsellors At Law and Proctors In Admiralty*

30-31 Union Wharf, Boston, Massachusetts 02109  (617) 523-1000
Portland, ME  (207) 874-6464
Facsimile  (617) 523-7394

DAVID F. ANDERSON**
CAROLYN M. LATTI*
DAVID J. BERG***

———
OF COUNSEL
MICHAEL B. LATTI

WITH OFFICES AT
46 Union Street, New Bedford, MA 02740  (508) 999-1029
35 Main Street, Gloucester, MA 01930  (978) 281-0605

*ALSO ADMITTED IN ME
**ALSO ADMITTED IN NH & ME
***ALSO ADMITTED IN NH, ME & NY

February 4, 2005

VIA FAX 207-874-6705
Mr. Leonard W. Langer, Esq.
Tompkins, Clough, Hirshon & Langer P.A.
Three Canal Plaza
P.O. Box 15060
Portland, ME 04112-5060

Re:  Donald Bachand vs:  Sam & Ben Fisheries, Inc.

Dear Mr. Langer:

Let me know whether you are going to supplement Interrogatory answers 14-22 or I need to file a motion.

Very truly yours,
LATTI & ANDERSON LLP

Carolyn M. Latti

[FAXED FEB 4 2005]

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO                0539
CONNECTION TEL          12078746705
SUBADDRESS
CONNECTION ID           LEN LANGER
ST. TIME                02/04 16:14
USAGE T                 00'14
PGS. SENT               1
RESULT                  OK
```

# LATTI & ANDERSON LLP

*Counsellors At Law and Proctors In Admiralty*

30-31 Union Wharf, Boston, Massachusetts 02109  (617) 523-1000
Portland, ME  (207) 874-6464
Facsimile  (617) 523-7394

DAVID F. ANDERSON**
CAROLYN M. LATTI*
DAVID J. BERG***

OF COUNSEL
MICHAEL B. LATTI

WITH OFFICES AT
46 Union Street, New Bedford, MA 02740  (508) 999-1029
35 Main Street, Gloucester, MA 01930  (978) 281-0605

*ALSO ADMITTED IN ME
**ALSO ADMITTED IN NH & ME
***ALSO ADMITTED IN NH, ME & NY

February 4, 2005

VIA FAX 207-874-6705
Mr. Leonard W. Langer, Esq.
Tompkins, Clough, Hirshon & Langer P.A.
Three Canal Plaza
P.O. Box 15060
Portland, ME 04112-5060

Re: Donald Bachand vs. Sam & Ben Fisheries, Inc.

Dear Mr. Langer:

Let me know whether you are going to supplement Interrogatory answers 14-22 or I need to file a motion.

Very truly yours,
LATTI & ANDERSON LLP

[signature]