UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD BACHAND,<br>    Plaintiff<br><br>V.<br><br>SAM & BEN FISHERIES, INC.,<br>    Defendant | Civil Action<br><br>No. 04-12221-PBS |

**PLAINTIFF'S LOCAL RULE 7.1 CERTIFICATION**

    Now comes the Plaintiff in the above entitled action and by and through his attorney submits Plaintiff's Local Rule 7.1 Certification.

    Plaintiff's counsel states that on two separate occasions, Plaintiff attempted to resolve the issues but Defendant never contacted Plaintiff's counsel to resolve the issue.

    Respectfully submitted for the Plaintiff,
DONALD BACHAND, by his attorney,

/s/ Carolyn M. Latti
/s/ Carolyn M. Latti, BBO# 567394
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

Dated: February 9, 2005

1