UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DONALD BACHAND, <br>     Plaintiff | ) <br> ) <br> ) <br> ) | |
| V. | ) <br> ) <br> ) | Civil Action <br><br> No. 04-12221-PBS |
| SAM & BEN FISHERIES, INC., <br>     Defendant | ) <br> ) <br> ) | |

**PLAINTIFF'S MOTION TO WITHDRAW PLAINTIFF'S MOTION TO COMPEL FURTHER ANSWERS TO PLAINTIFF'S INTERROGATORIES**

Now comes the Plaintiff in the above entitled action and by and through his attorney submits Plaintiff's Motion to Withdraw Plaintiff's Motion to Compel Further Answers to Plaintiff's Interrogatories.

As grounds Plaintiff states that Defendant is going to provide answers to Plaintiff's Interrogatories #14-22. Therefore, Plaintiff's Motion is no longer necessary and Plaintiff withdraws its Motion.

WHEREFORE, Plaintiff requests that this Honorable Court withdraw Plaintiff's Motion to Compel Further Answers to Plaintiff's Interrogatories.

                                                  Respectfully submitted for the Plaintiff,
                                                  DONALD BACHAND, by his attorney,

                                                  /s/ Carolyn M. Latti
                                                  /s/ Carolyn M. Latti, BBO# 567394
                                                  Latti & Anderson LLP
                                                  30-31 Union Wharf
                                                  Boston, MA 02109
                                                  (617) 523-1000

Dated: February 14, 2005

CERTIFICATE OF SERVICE

      I hereby certify that on February 14, 2005, I electronically filed Plaintiff's Motion Withdraw Plaintiff's Motion to Compel Further Answers to Plaintiff's Interrogatories with the Clerk of the Court using CM/ECF system and will send a copy of such filing(s) to the following:

Mr. Leonard W. Langer, Esq.
Tompkins, Clough, Hirshon & Langer P.A.
Three Canal Plaza
P.O. Box 15060
Portland, ME 04112-5060

      Respectfully submitted for the
      the Plaintiff,


      /s/ Carolyn M. Latti
      /s/ Carolyn M. Latti
      Latti & Anderson LLP
      30-31 Union Wharf
      Boston, MA 02109
      617-523-1000