## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

DONALD BACHAND
    Plaintiff

    v.

SAM & BEN FISHERIES, INC.
    Defendants

CIVIL ACTION
NO. 04-12221 PBS

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO DISTRICT JUDGE SARIS

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]    On, March 7 2005, I held the following ADR proceeding:

    _____ SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION

    **X**_____ MEDIATION    _____ SUMMARY BENCH / JURY TRIAL

    _____ MINI-TRIAL    _____ SETTLEMENT CONFERENCE

    All parties were represented by counsel [except _____ ]
    The parties were / were not present in person or by authorized corporate officer [except _____].
    The case was:

[**X**]    Settled. Your clerk should enter a __30__ day order of dismissal.

[ ]    There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:
    _____

/S/ Joyce London Alexander
UNITED STATES MAGISTRATE JUDGE

March 11, 2005
    DATE