## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD BACHAND, ) | |
| ) | Civil Action |
| Plaintiff ) | Case No. 04-cv-12221 PBS |
| ) | |
| vs. ) | |
| ) | |
| SAM & BEN FISHERIES, INC., ) | |
| ) | |
| Defendant ) | |

### STIPULATION OF DISMISSAL

NOW COME the parties herein, by and through their undersigned counsel, and pursuant to Rule 41(a), F.R.Civ.P., hereby stipulate to the dismissal of the within matter *With Prejudice and Without Costs* to either party.

DATED: April 8, 2005.

/s/  Carolyn M. Latti, Esq.
Counsel for the Plaintiff

Latti & Anderson, LLP
30-31 Union Wharf
Boston, MA  02109
  617-523-1000


DATED: April 8, 2005.

/s/  Leonard W. Langer, Esq.
Counsel for the Defendant

Tompkins, Clough, Hirshon
   & Langer, P. A.
Three Canal Plaza
P. O. Box 15060
Portland, ME  04112-5060
  207-874-6700

Sam & Ben/Bachand
StipDismissal.doc